**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7535**

———————————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

  versus

ANDRE LAMONT THURSTON,

            Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Fox, Senior District Judge.  (CR-95-15-F)

———————————

Submitted:  January 17, 2002    Decided:  January 29, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andre Lamont Thurston, Appellant Pro Se.  Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Lamont Thurston appeals the district court's order denying his motion for reconsideration and relief from judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Thurston, No. CR-95-15-F (E.D.N.C. Aug. 7, 2001). We deny Thurston's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED